**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LEE DISMUKE**                                                                                    **PLAINTIFF**

v.                                                                                                    No. 4:10CV133-P-S

**WARDEN DANNY SCOTT, ET AL.**                                                    **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant case is **DISMISSED** without prejudice to the plaintiff's ability to seek *habeas corpus* relief for these claims under 28 U.S.C. § 2254.

**SO ORDERED,** this the 29th day of November, 2010.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE