**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LEE DISMUKE**                                                                                 **PLAINTIFF**

**v.**                                                **No. 4:10CV133-P-S**

**WARDEN DANNY SCOTT, ET AL.**                                      **DEFENDANTS**

**MEMORANDUM OPINION**

The court, *sua sponte,* takes up the dismissal of the plaintiff's case filed under 42 U.S.C. § 1983. The plaintiff, a prisoner proceeding *pro se*, seeks review of his sentence imposed under the laws of Mississippi. Dismuke claims that: his indictment was defective; he was denied an impartial jury; and his life sentence was unlawful. The plaintiff does not challenge the conditions of his confinement, as required under 42 U.S.C. § 1983; he instead challenges the fact and duration of his confinement, a claim which he should have brought as a *habeas corpus* claim under 28 U.S.C. § 2254. A claim under 42 U.S.C. § 1983 does not accrue until the conviction or sentence has been invalidated. *Heck v. Humphrey*, 512 U.S. 477, 489-90 (1994). As the plaintiff has not shown that his conviction or sentence has been reversed, expunged, invalidated or impugned by the grant of a writ of *habeas corpus*, his claim under 42 U.S.C. § 1983 is not ripe for consideration and will be dismissed without prejudice to his ability to file a *habeas corpus* claim under 28 U.S.C. § 2254.

**SO ORDERED,** this the 29th day of November, 2010.

                                                                   /s/ W. Allen Pepper, Jr.
                                                                   W. ALLEN PEPPER, JR.
                                                                   UNITED STATES DISTRICT JUDGE